# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Jayson Bradbury, and Laura Bradbury, *Debtor* | ) | Case No. 10-44779-659 |
| | ) | |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan servicing agent for *Creditor* | ) ) | Chapter 7 |
| | ) | **ORDER TO LIFT STAY** |
| vs. | ) | |
| | ) | Hearing Date: July 19, 2010 |
| Jayson Bradbury, and Laura Bradbury, *Debtor* | ) | Hearing Time: 10:00 am |
| | ) | |
| and | ) | Motion No. 9 |
| | ) | |
| Robert J. Blackwell, *Trustee* | ) | |
| | ) | |

## ORDER GRANTING RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief from Stay, and based upon the pleadings filed,

**IT IS THEREFORE BY THE COURT ORDERED** that U.S. Bank, N.A., its subsidiaries, affiliates, predecessors in interest, successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its Deed of Trust as to the real property legally described as

> **All of Lot No. Seventeen (17) of FOREST HILLS, a subdivision located within the Northeast Quarter (NE 1/4) of Section 19, Township 47 North, Range 1 East, as said lot is marked and designated upon a plat of said subdivision filed for record in Plat Book No. 7 at Page 65 in the Office of Recorder of Deeds of St. Charles County, Missouri,** commonly known as 3014 Ralph Drive, Foristell, MO 63348,

by any lawful means including by exercise of the power of sale by the Trustee named in the Deed of Trust or by the duly appointed Successor Trustee, if one be appointed by Movant; and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and mortgage, including enforcing rights to possession of the premises under the terms of the promissory note and Deed of Trust and in accordance with applicable non-bankruptcy state law and

**IT IS FURTHER ORDERED** that of the $650 attorney's fees and $150 costs sought in the Motion for Relief, $600 attorney' fees and $150 costs may be assessed against the account of the Debtor, and

**IT IS FURTHER ORDERED**, **AND THE COURT SPECIFICALLY FINDS**, that the following arrearage figures, charges, fees and costs as prayed for in the Motion, plus any amounts that have come due since the filing of the Motion pursuant to the terms of the Promissory Note and Security Instrument, are allowed and may be assessed against the account of the Debtor in the amount of:

United States Bankruptcy Court
Eastern District of Missouri
In re: U.S. Bank, N.A. v. Jayson Bradbury, and Laura Bradbury
Case No. 10-44779-659
Chapter 7
Order Granting Relief From Stay
Page 2

| DESCRIPTION | AMOUNT |
|---|---|
| (6) Late Payments @ $1,438.14 (10/09 – 3/10) | $8,628.84 |
| (3) Late Payments @ $1,519.92 (4/10 – 6/10) | $4,559.76 |
| Accrued Late Charges | $460.24 |
| Property Inspections | $60.00 |
| Suspense Balance | -$3.72 |
| MFR Filing Fee | $150.00 |
| MFR Attorney Fees | $600.00 |
| Total | $14,455.12 |

**IT IS FINALLYORDERED** that relief from the automatic stay is applicable even if the case is converted, unless otherwise specifically ordered.
 **IT IS SO ORDERED.**

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED: July 15, 2010
St. Louis, Missouri
JJH

United States Bankruptcy Court
Eastern District of Missouri
In re: U.S. Bank, N.A. v. Jayson Bradbury, and Laura Bradbury
Case No. 10-44779-659
Chapter 7
Order Granting Relief From Stay
Page 3

**COPIES MAILED TO THE FOLLOWING PARTIES:**

Jayson H. Bradbury
Laura Bradbury
3014 Ralph Drive
Foristell, MO 63348
**DEBTOR**

Gregory R. Futhey
780 Lakeside Plaza
Lake St. Louis, MO 63367
**ATTORNEY FOR DEBTOR**

Robert J. Blackwell
P.O. Box 310
O'Fallon, MO 63366
**TRUSTEE**

Office of the United States Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102
**U.S. TRUSTEE**

Daniel A. West
Steven L. Crouch
6363 College Blvd., Suite 100
Overland Park, KS 66211
**ATTORNEYS FOR CREDITOR**

File No. 112713
Case No: 10-44779-659